IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

vs.                                    Civil No. 08-4045

JERRY W. MCWATERS,
    DEFENDANT.

## DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on June 5, 2008, and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant. Default was duly entered as to the defendant on January 8, 2009.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $100,952.97 (principal of $89,936.92 and interest of $11,016.05 through April 11, 2008); interest from April 11, 2008, at the rate of 6.88 percent per annum until date of judgment; and plus interest from the date of judgment at the legal rate of .54 percent computed daily and compounded annually until paid in full pursuant to 28 U.S.C. § 1961(a) and (b); and $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

DATE: 2/9/2009                          /s/ Harry F. Barnes
                                                  HONORABLE HARRY F. BARNES
                                                  U. S. DISTRICT COURT JUDGE